IN THE UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **ROSLYN BROWN, and R.Z., a Minor, Through her Mother and Next Friend, Roslyn Brown,**<br><br>          Plaintiffs,<br><br>v.<br><br>**CITY OF PINE LAWN, MISSOURI, FORMER PINE LAWN LIEUTENANT STEVEN BLAKENEY, PINE LAWN POLICE OFFICER LAWRENCE FLEMING, PINE LAW POLICE OFFICER BRIAN BRITTON, PINE LAWN POLOCE OFFICER FELICIA SHELTON, PINE LAWN POLICE OFFICER STEVEN LOWMAN, AND PINE LAWN HOUSING INSPECTOR RAYMOND WINSTON,**<br><br>          Defendants. | Cause No.: 4:17-cv-1542-ERW<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO WITHDRAW

COMES NOW attorney, Sarah Crawford, of Vessell Bridges Murphy Law Offices, and hereby requests this Court grant her leave to withdraw as counsel of record for Defendant Steven Blakeney in the above-captioned matter.

1. Upon Information and belief, the undersigned attorney has been advised of a potential conflict of interest which precludes the undersigned and the firm of Vessell Bridges Murphy Law Offices from representing Defendant Blakeney.

2. Defendant Blakeney has requested that the undersigned attorney no longer represent him on the above-captioned matter.

1

3. The undersigned attorney does not believe the interests of Defendant Blakeney can be adequately represented given Defendant Blakeney's belief that a conflict of interest exists.

WHEREFORE, the undersigned attorney respectfully requests that this Court grant her leave to withdraw as counsel of record for Defendant Blakeney in the above-captioned matter.

Respectfully Submitted,

*/s/ Sarah L. Crawford*
Sarah L. Crawford #70010MO
3901 S. Providence, Suite D
Columbia, Missouri 65203
Tel:    (573)777-4488
Fax:    (573)777-4489
Email: sarah@vbmlaw.com
Attorney for Defendant Steven Blakeney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record on this 13th day of December, 2018 via the Court's electronic filing system.

*/s/ Sarah L. Crawford*
Sarah L. Crawford