IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROSLYN BROWN, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 4:17-cv-1542-ERW |
| | ) |
| CITY OF PINE LAWN, MISSOURI, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

PLEASE be advised that a settlement has been reached in the above-styled case between Plaintiffs and all Defendants.  In the next thirty days, as the agreement is being finalized, Plaintiff Roslyn Brown in her role as Next Friend for Plaintiff R.Z., will submit a Motion for Proposed Settlement to the Court. After the Court has approved any settlement, Ms. Brown, acting for herself and in her role as Next Friend for R.Z., will dismiss all defendants in this case.

Dated:  March 27, 2019                                  Respectfully submitted,

**ARCHCITY DEFENDERS**

By: /s/ *John M. Waldron*
    Blake A. Strode (MBE #68422MO)
    Michael-John Voss (MBE #61742MO)
    Sima Atri (MBE #70489MO)
    John M. Waldron (MBE #70401MO)
    440 N. 4th Street, Suite 390
    Saint Louis, MO 63102
    855-724-2489
    314-925-1307 (fax)
    bstrode@archcitydefenders.org
    mjvoss@archcitydefenders.org
    satri@archcitydefenders.org
    jwaldron@archcitydefenders.org
    *Attorneys for Plaintiff*

**KING, KREHBIEL & HELLMICH, LLC**

By: /s/ *Blake D. Hill*_____
   Blake D. Hill  #58926MO
   2000 South Hanley Road
   St. Louis, MO 63144-1524
   Phone: 314-646-1110
   Fax: 314-646-1122
   E-mail:bhill@kingkrehbiel.com
   *Attorney for Defendants City of Pine Lawn, Lawrence Fleming, Brian Britton, Steve Lowman, and Raymond Winston*

**VESSEL BRIDGES MURPHY LAW OFFICE**

By: */s/ Matthew W. Murphy*
   Matthew W. Murphy, # 47786MO
   3901 S. Providence, Suite D
   Columbia, Missouri 65203
   Tel: (573)777-4488
   Fax: (573)777-4489
   Email: matt@vbmlaw.com
   *Attorney for Defendant Steven Blakeney*