## IN THE UNITED STATES DISTRCIT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **ROSLYN BROWN**, and **R.Z.**, a Minor, through her Mother and Next Friend, Roslyn Brown, <br><br> Plaintiffs, <br><br> vs. <br><br> **CITY OF PINE LAWN**, **et. al.**, <br><br> Defendants. | Case No.: 4:17-CV-1542 |

## MOTION TO WITHDRAW

COMES NOW attorney Sarah L. Crawford and hereby requests this Court grant her leave to withdraw as counsel of record for Defendant, Steven Blakeney, in the above-captioned matter. Matthew W. Murphy will remain counsel of record for Defendant Blakeney.

Respectfully Submitted,

*/s/ Sarah L. Crawford*
Sarah L. Crawford #70010MO
3901 S. Providence, Suite D
Columbia, Missouri 65203
Tel:   (573)777-4488
Fax:   (573)777-4489
Email: sarah@vbmlaw.com

Certificate of Service

I hereby certify that on April 30, 2019, I electronically filed this pleading with the Clerk of the Court using the e-filing system, which will send notification of such filing to all attorneys of record.

*/s/ Sarah L. Crawford*
Sarah L. Crawford #70010MO

1