**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ROSLYN BROWN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:17-CV-1542-ERW |
| ) | |
| CITY OF PINE LAWN, MISSOURI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING MINOR'S SETTLEMENT

This matter is before the Court on Plaintiff Roslyn Brown's Motion for Approval of Minor's Settlement (ECF No. 115). At a hearing on September 12, 2019 before this Court, Plaintiffs appear personally and by counsel. Defendants appear by counsel. Plaintiff Roslyn Brown testifies as to the approval of the settlement on her behalf and for R.Z., a minor, for whom Ms. Brown acts as next friend. Ms. Brown states she has opened an account at an identified nationally recognized bank under the Uniform Gift of Minors Act for the benefit of R.Z. Ms. Brown acknowledges funds may be withdrawn from the account only for reasonable educational expenses of R.Z. Ms. Brown acknowledges her duties as fiduciary for R.Z., and states she understands the consequences of withdrawing funds from the described account except as herein permitted. Ms. Brown will not turn control of the funds over the R.Z. until R.Z.'s eighteenth birthday in approximately six months.

The Court finds compliance with the Revised Statutes of the State of Missouri. The Court finds the settlement of the parties is in all respects fair and reasonable, should be and is approved. Ms. Brown acknowledges receipt of settlement proceeds in open Court and agrees to all terms of the settlement agreement including releases.

The Court finds under Mo. Rev. Stat. § 473.160 no bond is required to be filed by Plaintiff Roslyn Brown.

Accordingly,

**IT IS HEREBY ORDERED** the proposed and jointly recommended Minor's Settlement is **APPROVED**, and the parties shall comply with its terms in full.

Dated this 12th day of September, 2019.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE